# Exhibit 2

# Preliminary Claim Chart

# US 7123739

# VS

# Fortinet's FortiGate DLP

| US7123739B2 | FortiGate DLP |
|---|---|

| 1. A method for protecting content material, comprising: | **Analyst's Comment:** FortiGate DLP provides a method for protecting data/files (i.e., content). <br> ******************************************************************************************** <br> <br> Source: https://docs.fortinet.com/document/fortigate/6.2.0/cookbook/153498/data-leak-prevention <br> <br> Source: https://www.fortinet.com/resources/cyberglossary/dlp |
| detecting one or more parameters associated with a watermark that is associated with the content material, and | **Analyst's Comment**: FortiGate DLP Watermarking provides a method for detecting a digital pattern (i.e., parameter) in a watermark that is embedded in the file (i.e., associated with a watermark that is associated with the content). <br> ******************************************************************************************** |

## DLP watermarking

Watermarking marks files with a digital pattern to designate them as proprietary to a specific company. A small pattern is added to the file that is recognized by the DLP watermark filter, but is invisible to the end user (except for text files).

### DLP watermark sensor

A DLP watermark sensor must be configured to detect watermarked files.

To configure a DLP watermark sensor:

```
config dlp sensor
    edit <sensor name>
        config filter
            edit <id number of filter>
                set proto {smtp | pop3 | imap http-get | http-post | ftp | nntp | mapi} <--
Protocol to inspect
                set filter-by watermark
                set sensitivity {Critical | Private | Warning}
                set company-identifier <string>
                set action {allow | log-only | block | ban | quarantine-ip}
            next
        end
    next
end
```

Source: https://docs.fortinet.com/document/fortigate/6.2.0/cookbook/581444/dlp-watermarking

| | |
|---|---|
| determining an authorization corresponding to the content material, based on the one or | **Analyst's Comment**: Fortinet DLP Watermarking provides a method for determining whether to block, log, or allow (i.e., authorization) of files (i.e., content) by detecting a digital pattern (i.e., parameter) in a watermark that is embedded in the file. Some |

| more parameters, and one or more test criteria, wherein | conditions define different actions (i.e., one or more test criteria) for various security risk levels. |
|---|---|
| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* |
| | **Data leak prevention** |
| | The FortiGate data leak prevention (DLP) system prevents sensitive data from leaving or entering your network. You can customize the default sensor or create your own by adding individual filters based on file type, file size, a regular expression, an advanced rule, or a compound rule. Once configured, you can apply the DLP sensor to a firewall policy. Data matching defined sensitive data patterns is blocked, logged, or allowed when it passes through the FortiGate. |
| | Source: https://docs.fortinet.com/document/fortigate/6.2.0/cookbook/153498/data-leak-prevention |
| | **DLP watermarking** |
| | Watermarking marks files with a digital pattern to designate them as proprietary to a specific company. A small pattern is added to the file that is recognized by the DLP watermark filter, but is invisible to the end user (except for text files). |
| | **DLP watermark sensor**<br><br>A DLP watermark sensor must be configured to detect watermarked files. |
| | Source: https://docs.fortinet.com/document/fortigate/6.2.0/cookbook/581444/dlp-watermarking |
| | A DLP policy contains:<br><br>1. Locations and systems where data needs to be protected<br>2. When and how to protect data<br>3. Rules that define sensitive data and actions when a security risk is discovered<br>4. Conditions that assign different actions to different risk levels |

| | Source: https://www.fortinet.com/resources/cyberglossary/dlp |
|---|---|
| the one or more test criteria are based on a likelihood of error associated with the detecting of one or more parameters associated with the watermark and | **Analyst's Comment:** Fortinet DLP Watermarking embeds a watermark with a digital pattern (i.e., parameter) onto the file. This digital pattern can be detected (i.e., detecting one or more parameters) to identify the source of the content leak. There is a likelihood of error associated with detecting the digital pattern that appears on the browser when DLP is enabled with certain file types selected to block. <br> ************************************************************************************ <br><br> **Data leak prevention** <br><br> The FortiGate data leak prevention (DLP) system prevents sensitive data from leaving or entering your network. You can customize the default sensor or create your own by adding individual filters based on file type, file size, a regular expression, an advanced rule, or a compound rule. Once configured, you can apply the DLP sensor to a firewall policy. Data matching defined sensitive data patterns is blocked, logged, or allowed when it passes through the FortiGate. <br><br> Source:    https://docs.fortinet.com/document/fortigate/6.2.0/cookbook/153498/data-leak-prevention <br><br> **DLP watermarking** <br><br> Watermarking marks files with a digital pattern to designate them as proprietary to a specific company. A small pattern is added to the file that is recognized by the DLP watermark filter, but is invisible to the end user (except for text files). <br><br> DLP watermark sensor <br><br> A DLP watermark sensor must be configured to detect watermarked files. <br><br> Source:       https://docs.fortinet.com/document/fortigate/6.2.0/cookbook/581444/dlp-watermarking |

| | |
|---|---|
| | This article explains how to Resolve the issue 'The Transfer attempted appeared to contain a Data Leak', an error which appears on browser when DLP is enabled with certain file types selected to block.<br><br>This error appears due to blocking the File type Batch File (BAT) and Encoded Data (Base 64) in DLP profiles.<br><br>Source: https://community.fortinet.com/t5/FortiGate/Troubleshooting-Tip-How-to-fix-following-error-in-DLP-The/ta-p/189933<br><br>A DLP policy contains:<br><br>1. Locations and systems where data needs to be protected<br>2. When and how to protect data<br>3. Rules that define sensitive data and actions when a security risk is discovered<br>4. Conditions that assign different actions to different risk levels<br><br>Source: https://www.fortinet.com/resources/cyberglossary/dlp |
| determining the authorization includes:<br>selecting a next set of criteria of the plurality of test levels upon failing to determine an authorization based on a prior set of criteria of the plurality of test levels. | **Analyst's Comment:** Fortinet DLP Watermarking provides a method for determining whether to block, log, or allow (i.e., authorization) files by detecting a digital pattern in the file. Different actions (i.e., a set of criteria) are selected for different risk levels (i.e., a plurality of test levels).<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br><br>Data leak prevention<br><br>The FortiGate data leak prevention (DLP) system prevents sensitive data from leaving or entering your network. You can customize the default sensor or create your own by adding individual filters based on file type, file size, a regular expression, an advanced rule, or a compound rule. Once configured, you can apply the DLP sensor to a firewall policy. Data matching defined sensitive data patterns is blocked, logged, or allowed when it passes through the FortiGate.<br><br>Source: https://docs.fortinet.com/document/fortigate/6.2.0/cookbook/153498/data-leak- |

Page **6** of **7**

| | prevention |
|---|---|
| | A DLP policy contains:<br><br>1. Locations and systems where data needs to be protected<br>2. When and how to protect data<br>3. Rules that define sensitive data and actions when a security risk is discovered<br>4. Conditions that assign different actions to different risk levels<br><br>Source: https://www.fortinet.com/resources/cyberglossary/dlp |

Page **7** of **7**